```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  ASAHI KASEI PHARMA CORPORATION,              :
                                                :
                              Plaintiff,        :
                                                :        19 Civ. 9060 (LGS)
             -against-                          :
                                                :            ORDER
                                                :
  ENDO VENTURES LIMITED, ENDO                   :
  PHARMACEUTICALS INC., AND AUXILIUM            :
  PHARMACEUTICALS LCC,                          :
                              Defendants.       :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 27, 2019, Plaintiff filed a letter outlining a summary of outstanding issues in the litigation (Dkt. No. 52), including a statement that Plaintiff seeks to file supplemental material regarding the issue of irreparable harm in support of its motion for a preliminary injunction, that the parties are seeking to agree, and that in the absence of agreement, Plaintiff will file a letter motion by December 31, 2019. It is hereby

**ORDERED** that, in the event the parties do not agree on the supplemental submission, Plaintiff shall file a copy of the submission as an attachment to its application to file it **by December 31, 2019**.

**ORDERED** that the parties shall appear for a conference with the Court on **January 7, 2020**, at 10:45 a.m. to discuss the issues raised in the letter. The parties may appear by telephone and shall do so by calling Chambers from a landline, with all participating counsel on the line and notifying Courtroom Deputy James Street at James_Street@nysd.uscourts.gov.

Dated: December 30, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE