USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ASAHI KASEI PHARMA CORPORATION,

                Plaintiff,

-against-

ENDO VENTURES LIMITED, ENDO
PHARMACEUTICALS INC., AND AUXILIUM
PHARMACEUTICALS LCC,

                Defendants.
------------------------------------------------------------X

19 Civ. 9060 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 7, 2020, a conference was held to discuss the issues raised in Plaintiff's December 27, 2019, letter (Dkt. No. 52). It is hereby

**ORDERED** that Plaintiff's motion to supplement the record is GRANTED. It is further

**ORDERED** that, for the reasons stated at the January 7, 2020, conference, Plaintiff's motion for preliminary injunction is DENIED. It is further

**ORDERED** that Plaintiff's request for a pre-motion conference on a motion to dismiss the Endo Defendants counterclaim (*see* Dkt. No. 52) is DENIED. As discussed at the January 7, 2020, conference, the issues identified in Plaintiff's pre-motion letter (*see* Dkt. No. 42) are better raised after discovery has been completed. A civil case management plan and scheduling order will issue separately.

The Clerk of Court is respectfully directed to close the open motions at Dkt. No. 10 and Dkt. No. 54.

Dated: January 7, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE