```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  ASAHI KASEI PHARMA CORPORATION,         :
                                          :
                           Plaintiff,     :
                                          :        19 Civ. 9060 (LGS)
          -against-                       :
                                          :             ORDER
                                          :
  ENDO VENTURES LIMITED, ENDO             :
  PHARMACEUTICALS INC., AND AUXILIUM      :
  PHARMACEUTICALS LCC,                    :
                           Defendants.    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 28, 2019, Defendants filed their opposition to Plaintiff's motion for preliminary injunction (Dkt. No. 33), which included, on page nine of the memorandum, a motion to strike Exhibit 2 to the Complaint (Dkt. No. 1, Ex. 2), as improperly filed because it was subject to settlement privilege. It is hereby

**ORDERED** that Defendants' motion to strike is GRANTED. The Clerk of Court is respectfully directed to strike Exhibit 2 at Dkt. No. 1.

Dated: January 10, 2020
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE