USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                    Plaintiff,                    19-CV-09060 (LGS) (SN)

      -against-                              **ORDER**

ENDO VENTURES LIMITED, et al.,

                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The telephonic discovery conference currently scheduled for Wednesday, August 19, 2020, at 2:00 p.m. is RESCHEDULED for Thursday, August 20, 2020, at 11:00 a.m. The parties shall follow the dial-in instructions provided in the Court's August 8, 2020 Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 17, 2020
                  New York, New York