UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ASAHI KASEI PHARMA CORPORATION,  :
                              Plaintiff,  :      19 Civ. 9060 (LGS)
                                                :
                -against-                :      ORDER
                                                :
ENDO VENTURES LIMITED et al.,  :
                               Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the June 22, 2020, First Amended Civil Case Management Plan (Dkt. No. 75) scheduled the pre-motion conference for dispositive motions on December 1, 2020, at 10:40 a.m.

       WHEREAS, on August 5, 2020, this matter was referred to Judge Netburn for general pre-trial management (Dkt. No. 81).

       WHEREAS, on October 29, 2020, Judge Netburn extended the discovery deadlines in this matter.  Expert discovery closes on April 30, 2021 (Dkt. No. 97).  Accordingly, it is hereby

       **ORDERED** that the pre-motion conference for dispositive motions scheduled for December 1, 2020, at 10:40 a.m., is **adjourned** to **May 20, 2021, at 10:40 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: November 30, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE