```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------X
           :
ASAHI KASEI PHARMA CORPORATION,    :
                             Plaintiff,      :       19 Civ. 9060 (LGS)
           :
                        -against-               :       **ORDER**
           :
ENDO VENTURES LIMITED et al.,           :
                             Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Order, dated November 30, 2020 (Dkt. No. 101), scheduled the pre-motion conference for dispositive motions on May 20, 2021, at 10:40 a.m.

        WHEREAS, on August 5, 2020, this matter was referred to Judge Netburn for general pre-trial management (Dkt. No. 81).

        WHEREAS, on December 23, 2020, Judge Netburn extended the discovery deadlines in this matter. Expert discovery closes on May 17, 2021 (Dkt. No. 110). Accordingly, it is hereby

        **ORDERED** that the pre-motion conference for dispositive motions scheduled for May 20, 2021, at 10:40 a.m., is **adjourned** to **June 3, 2021, at 10:40 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: December 24, 2020
           New York, New York

                                                       **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**