UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASAHI KASEI PHARMA CORPORATION,  :
                                     Plaintiff,  :       19 Civ. 9060 (LGS)
                           -against-  :       ORDER
ENDO VENTURES LIMITED et al.,  :
                                    Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated December 27, 2020 (Dkt. No. 111), scheduled the pre-motion conference for dispositive motions on June 3, 2021, at 10:40 a.m.

    WHEREAS, on August 5, 2020, this matter was referred to Judge Netburn for general pre-trial management (Dkt. No. 81).

    WHEREAS, on January 13, 2021, Judge Netburn extended the discovery deadlines in this matter. Expert discovery closes on June 17, 2021 (Dkt. No. 113). Accordingly, it is hereby

    **ORDERED** that the pre-motion conference for dispositive motions scheduled for June 3, 2021, at 10:40 a.m., is **adjourned** sine die. Within **two weeks** of the close of all discovery, the parties shall submit pre-motion letters for dispositive motions per the Individual Rules, or shall request a trial.

Dated: January 14, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE