UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASAHI KASEI PHARMA CORPORATION,                             :
                                        Plaintiff,          :    19 Civ. 9060 (LGS)
                                                            :
                -against-                                   :    ORDER
                                                            :
ENDO VENTURES LIMITED et al.,                               :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 14, 2021 (Dkt. No. 114), adjourned the pre-motion conference in this matter sine die and directed the parties to (1) submit pre-motion letters for dispositive motions per the Individual Rules or (2) request a trial, in each case within two weeks of the close of all discovery.

WHEREAS, the Order, dated June 11, 2021 (Dkt. No. 125), set the close of expert discovery for October 18, 2021.  Accordingly, it is hereby

**ORDERED** that by **November 1, 2021**, the parties shall submit pre-motion letters for dispositive motions per the Individual Rules or shall request a trial.  On **November 18, 2021, at 11:00 a.m.**, the parties shall appear for a case management conference to discuss any dispositive motions, on the following conference call line:  888-363-4749, access code 558-3333.

Dated: June 11, 2021
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE