UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASAHI KASEI PHARMA CORPORATION,               :
                                              :
                       Plaintiff,             :
                                              :                19 Civ. 9060 (LGS)
       -against-                              :
                                              :                ORDER
                                              :
ENDO VENTURES LIMITED, ENDO                   :
PHARMACEUTICALS INC., AUXILIUM                :
PHARMACEUTICALS, LCC, AND JUBILANT            :
HOLLISTERSTIER LCC,                           :
                       Defendants.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the First Amended Case Management Plan (Dkt. No. 75), dated June 22, 2020, requires the parties to submit a joint status letter every 45 days, and the most recent status letter was due on September 5, 2021.

   WHEREAS, the parties have not submitted a joint status letter and a settlement conference is scheduled for September 15, 2021. It is hereby

   **ORDERED** that by **September 17, 2021**, the parties shall submit a joint status letter.

Dated: September 7, 2021
       New York, New York

                                                   _____
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**