UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                               Plaintiff,                                     19-CV-09060 (LGS)(SN)

                     -against-                                          **ORDER**

ENDO VENTURES LIMITED, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the continuing settlement discussions with the Court, all litigation deadlines are STAYED for 30 days. Counsel for the parties are ORDERED to send a joint letter on the status of the negotiations on September 29, 2021, by emailing such letter to the Court's chambers email address, Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:       September 15, 2021
                 New York, New York