```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                            Plaintiff,                      19-CV-09060 (LGS)(SN)

            -against-                           **ORDER**

ENDO VENTURES LIMITED, et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the continuing settlement discussions with the Court, all litigation deadlines are STAYED for an additional 30 days. Counsel for the parties are ORDERED to send a joint letter on the status of the negotiations on October 15, 2021, by emailing such letter to the Court's chambers email address, Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     October 1, 2021
                New York, New York