UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                Plaintiff,                      19-CV-09060 (LGS)(SN)

    -against-                            **ORDER**

ENDO VENTURES LIMITED, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the continuing settlement discussions with the Court, all litigation deadlines are STAYED for an additional 21 days. Counsel for the parties are ORDERED to send a joint letter on the status of the negotiations on November 19, 2021, by emailing such letter to the Court's chambers email address, Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:    November 1, 2021
                New York, New York