UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                 Plaintiff,

    -against-

ENDO VENTURES LIMITED, et al.,

                 Defendants.
------------------------------------------------------------X

19-CV-09060 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the continuing settlement discussions with the Court, all litigation deadlines are STAYED for an additional 14 days. Counsel for the parties are ORDERED to send a joint letter on the status of the negotiations on December 6, 2021, by emailing such letter to the Court's chambers email address, Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 22, 2021
                New York, New York