```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASAHI KASEI PHARMA CORPORATION,

                    Plaintiff,

       -against-

ENDO VENTURES LIMITED, et al.,

                    Defendants.
-----------------------------------------------------------------X

19-CV-09060 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the continuing settlement discussions with the Court, all litigation deadlines are STAYED until December 31, 2021. Counsel for the parties are ORDERED to send a joint letter on the status of the negotiations on December 31, 2021, by emailing such letter to the Court's chambers email address, Netburn_NYSDChambers@nysd.uscourts.gov. No further extensions will be granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 7, 2021
                  New York, New York